NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PA ADVISORS, LLC,**
*Plaintiff-Appellee,*

v.

**GOOGLE, INC. AND YAHOO! INC.,**
*Defendants-Appellees,*

v.

**JONATHAN LEE RICHES,**
*Movant-Appellant.*

---

2012-1448

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0480, Judge David Folsom.

---

## ON MOTION

---

## ORDER

Yahoo! Inc. moves to withdraw William C. Rooklidge and substitute Jennifer Haltom Doan as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Jennifer Haltom Doan should promptly file a new entry of appearance.

FOR THE COURT

__AUG 29 2012__                            /s/ Jan Horbaly
Date                                    Jan Horbaly
                                        Clerk

cc:  Jonathan Lee Riches
     Charles K. Verhoeven, Esq.
     Jennifer Haltom Doan, Esq.
     Elizabeth Stoebner Wiley, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 9 2012

JAN HORBALY
CLERK